# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

CRIMINAL NO.:   13-50079-001          USA v. IVAN JIMINEZ

COURT PERSONNEL:                      APPEARANCES:

Judge:    TIMOTHY L. BROOKS           Govt.: BRANDON CARTER

Clerk: GAIL GARNER                    Deft.: REX CHRONISTER/RON FIELDS

Reporter: DANA HAYDEN                 Interpreter: DEBBIE ANDRADE

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X)  Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.

- (X)  Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.

- (X)  Inquiry made that defendant is satisfied with counsel.

- (X)  Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X)  Presentence investigation report reviewed in open court.

- (X)  Court expresses final approval of plea agreement.

- (X)  Government moves for downward departure pursuant to 5K1.1 - granted by court and two-level departure awarded.

- (X)  Counsel for defendant moves for a variance because of health issues. Denied by the court.

Case No. 13-50079-001

 (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.

 (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

 (X) Attorney for government afforded opportunity to make statement to court.

 (X) Court proceeded to impose sentence as follows:

   292 months imprisonment; 5 years supervised release; $10,000.00 fine imposed - interest waived.

 (X) Defendant ordered to comply with standard conditions of supervised release.

 (X) Defendant ordered to pay total special assessment of $100.00, which shall be due immediately.

 (X) Defendant advised of right to appeal sentence imposed.

 (X) Defendant advised of right to apply for leave to appeal in forma pauperis.

 (X) Count 2 and forfeiture allegation are dismissed on motion by the government.

 (X) Defendant remanded to custody of USMS.

DATE: June 9, 2014          Proceeding began: 9:15 am

                        ended: 11:04 am